IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | CASE NO. 1:09-CR-00142 LJO |
|                          )         | |
|               Plaintiff,  )         | ORDER RE: CONTINUANCE OF |
|                          )         | SENTENCING HEARING |
| v.                       )         | |
|                          )         | |
| VINCENT STEVEN BOOTH,    )         | |
|                          )         | |
|               Defendant.  )        | |
|                          )         | |

Upon motion of the United States, and for good cause showing,

IT IS HEREBY ORDERED that the sentencing hearing in the above-entitled case for defendant Vincent Steven Booth be continued to **March 11, 2011 at 9:30 a.m.**

SO ORDERED.

Dated: October 20, 2010_____/s/ Lawrence J. O'Neill
                              Hon. Lawrence J. O'Neill
                              United States District Judge

1