BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09CR142 LJO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| VINCENT STEVEN BOOTH, | DATE: June 23, 2011 |
| | TIME: 8:30 a.m. |
| Defendant. | PLACE: Courtroom Four |
| | HON: Lawrence J. O'Neill |

The parties have agreed to continue the sentencing hearing currently scheduled for March 11, 2011, at 9:30 a.m. until June 23, 2011, at 8:30 a.m.  The United States requests the continuance due to the defendant's expected testimony at the trial of co-defendant Michal S. Ioane, which is scheduled to begin on April 11, 2011.

///

///

///

///

1

1    As requested in the previous request for continuance, U.S.
2 Probation Office is requesting an additional 10 weeks after trial
3 in order to complete and finalize the Presentence Report for Mr.
4 Booth.

5 Dated:   January 20, 2011         Respectfully submitted,
6                                   BENJAMIN B. WAGNER
7                                   United States Attorney

8                                   /s/ Mark E. Cullers
9                              By:  MARK E. CULLERS
                                    Assistant U.S. Attorney
10
11                             By:  /s/ Eric Fogerdude
12                                  ERIC FOGDERUDE
                                    Counsel for Vincent Steven Booth

2

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>VINCENT STEVEN BOOTH,<br><br>          Defendant. | ) CASE NO. 1:09CR142 LJO<br>)<br>) ORDER ON<br>) STIPULATION TO CONTINUE<br>) SENTENCING HEARING<br>)<br>)<br>) DATE: June 23, 2011<br>) TIME: 8:30 a.m.<br>) PLACE: Courtroom Four<br>) HON: Lawrence J. O'Neill |

**ORDER**

For the reasons outlined in the stipulation of the parties, the sentencing hearing is continued until June 23, 2011. GOOD CAUSE exists.

IT IS SO ORDERED.

**Dated:     January 20, 2011**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

3