IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-cr-00142 LJO |
| Plaintiff, | ORDER RE: CONTINUANCE OF SENTENCING HEARING |
| v. | |
| VINCENT STEVEN BOOTH, | |
| Defendant. | |

Upon motion of the United States, and for good cause showing,

IT IS HEREBY ORDERED that the sentencing hearing in the above-entitled case for defendant Vincent Steven Booth be continued to **November 10, 2011 at 9:30 a.m.**

SO ORDERED.

Dated: June 14, 2011          /s/ Lawrence J. O'Neill
                              Hon. Lawrence J. O'Neill
                              United States District Judge

1