Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant VINCENT STEVEN BOOTH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>VINCENT STEVEN BOOTH<br><br>         Defendant.<br>_____ | CASE NO. 09-00142<br><br>STIPULATION TO CONTINUE SENTENCING HEARING, AND ORDER THEREON<br><br>Date: January 23, 2012<br>Time: 1:30 p.m.<br>Judge. Lawrence J. O'Neill |

## **STIPULATION**

It is hereby stipulated by and between the parties hereto that the sentencing hearing in the above entitled matter now set for November 14, 2011, may be continued to January 23, 2012, at 1:30 p.m.

Good cause exists for the continuance because the Defendant's plea agreement includes a provision that he agree to cooperate with the government, which cooperation would include testifying in the trial and/or sentencing of Defendant Michael Ioane. Defendant Ioane's sentencing is scheduled for December 19, 2011 at 1:00 p.m.

U.S. vs. Booth
Case No. 09-00142

Stipulation/Proposed Order

In addition, the defense is requesting a partial transcript of Mr. Ioane's trial testimony, portions of which are relevant to Defendant Booth's sentencing issues.   The transcripts ordered will take approximately thirty days to prepare.

The date of January 23, 2012, at 1:30 is agreeable to all attorneys.

DATED: October 25, 2011

/s/ Eric K. Fogderude

Eric K. Fogderude Attorney for Defendant,
STEVEN VINCENT BOOTH

Dated: October 25, 2011          United States Attorney

/s/ Mark Cullers

Mark Cullers
Assistant US Attorney

**ORDER**

IT IS SO ORDERED.   The court grants the stipulation that the Sentencing hearing be continued to January 23, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **October 25, 2011**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

U.S. vs. Booth

Case No. 09-00142

Stipulation/Proposed Order