Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant VINCENT STEVEN BOOTH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VINCENT STEVEN BOOTH<br><br>　　　　Defendants. | CASE NO. 09-00142<br><br>STIPULATION TO CONTINUE SENTENCING HEARING, AND ORDER THEREON<br><br>Date: February 27, 2012<br>Time: 1:30 p.m.<br>Judge. Lawrence J. O'Neill |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the sentencing hearing in the above entitled matter now set for January 23, 2012, may be continued to February 27, 2012, at 1:30 p.m.

Good cause exists for the continuance because the Defendant's plea agreement includes a provision that he agree to cooperate with the government, which cooperation would include testifying in the trial and/or sentencing of Defendant Michael Ioane. Defendant Ioane's sentencing is scheduled for January 30, 2012 at 8:30 a.m.

In addition, following the sentencing hearing of Defendant Michael Ioane, Defendant Steven Vincent Booth will file a sentencing memorandum referencing the extent and scope of his cooperation with the government.

The date of February 27, 2012, at 1:30 is agreeable to all attorneys.

DATED: January 10, 2012

/s/ Eric K. Fogderude
Eric K. Fogderude Attorney for
Defendant, STEVEN VINCENT BOOTH


Dated: January 10, 2012         United States Attorney

/s/ Mark Cullers

Mark Cullers
Assistant US Attorney

## ORDER

For good cause stated, the court grants the stipulation that the Sentencing hearing be continued to February 27, 2012 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   January 12, 2012**         **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE